THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 James Edward
 Ray, Appellant.
 
 
 

Appeal From Clarendon County
Thomas W. Cooper, Jr., Circuit Court Judge
Unpublished Opinion No. 2008-UP-189
Submitted March 4, 2008  Filed March 18,
 2008    
APPEAL DISMISSED

 
 
 
 Chief Attorney Joseph L. Savitz, III, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER
 CURIAM:  James Ray pled guilty to
 assault and battery with intent to kill, assault with intent to kill,
 possession of a gun during the commission of a violent crime, unlawful carrying
 of a pistol, and unlawful possession of a pistol.  Ray was sentenced to fifteen
 years imprisonment.  Pursuant to Anders v. California, 386 U.S. 738
 (1967), Rays counsel attached a petition to be relieved.  Ray filed a pro
 se response, which we have considered.  After review of the record pursuant
 to Anders v. California, 386 U.S. 738 (1967) and State v. Williams,
 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss this appeal and grant counsels
 petition to be relieved.[1]
APPEAL
 DISMISSED.
HUFF, KITTREDGE,
 and WILLIAMS, JJ., concur.

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.